**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Victorio C. Rivera, | No. CV 07-815-PCT-MHM |
| Plaintiff, | **ORDER** |
| vs. | |
| Transnation Title Company; Solomon Law Office, P.C.; Dennis I. Davis Law Office; and Attorney John Tulio, | |
| Defendants. | |

Currently pending before the Court is Plaintiff Victorio C. Rivera's Motion for Relief From Order Due to Fraud, Arbitrary Action and Excusable Neglect FRCP 60(b). (Doc. # 34). Plaintiff moves for relief from the Court's Order dated March 5, 2008, which granted Defendant Transnation Title Company's Motion for Summary Judgment and denied Plaintiff's Motion for Summary Judgment. (Doc. # 31)

Among the arguments that Plaintiff sets forth in his motion are that the Court "deprived Plaintiff of his right . . . to trial by jury," that the Court "took advantage" of Plaintiff, who was not represented by counsel, and that the Court "should have known that Plaintiff . . . is the legal owner" of the property in question. Plaintiff attaches as an exhibit a copy of a memo from a deputy Navajo County Assessor dated November 8, 1990, in which

1 the writer states that the records show certain property "in [Plaintiff's] name only," but that
2 said records show "ownership only for tax purposes." (Doc. # 34, Ex. 1)
3      "The Court will ordinarily deny a motion for reconsideration of an order absent a
4 showing of manifest error or a showing of new facts or legal authority that could not have
5 been brought to its attention earlier with reasonable diligence." LRCiv. 7.2(g). The motion
6 "shall point out with specificity . . . any new matters being brought to the Court's attention
7 for the first time and the reasons they were not presented earlier." Id.
8      Plaintiff's unsupported assertions in his motion do not demonstrate manifest error.
9 Further, Plaintiff's exhibit does not constitute new facts or evidence that would warrant
10 reconsideration: this exhibit was originally attached to Plaintiff's Complaint and was
11 previously considered by the Court. Accordingly,
12      **IT IS ORDERED** denying Plaintiff's Motion for Relief From Order Due to Fraud,
13 Arbitrary Action and Excusable Neglect. (Doc. # 34)
14      DATED this 20th day of March, 2008.

_____
Mary H. Murguia
United States District Judge

- 2 -